**JACK HASSID, ESQ.**
Attorney at Law
460 Park Avenue
10th Floor
New York, New York 10022

Tel: (212) 421-4932
Fax: (212) 421-5086
<u>jackhassid@att.net</u>

June 8, 2015

<u>**VIA ECF**</u>

Hon. Robert W. Sweet
United States District Court
500 Pearl Street
New York, N.Y. 10007

   Re: LaserDynamics USA, LLC v. Vivid Entertainment, LLC.
      15 CV 03657 (RWS)

Dear Judge Sweet:

 I represent the Defendant in the above entitled action.

 I write to respectfully request an extension of time for Defendants to answer or move with respect to the complaint from June 17, 2015 to July 17, 2015. No prior requests for an extension of time have been made. Plaintiff's counsel consents to this request.

         Respectfully yours,

         *Jack Hassid*
         Jack Hassid

cc: Michael Maloney, Esq.