UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LASERDYNAMICS USA, LLC,

                                      :          15 CV 03657 (RWS)(DCF)

        Plaintiff,

                                      :          Oral Argument: September 30, 2015

       -against-                  :         **NOTICE OF MOTION TO DISMISS**
                                             **OR, ALTERNATIVELY, FOR A MORE**
                                    :              **DEFINITE STATEMENT**

VIVID ENTERTAINMENT, LLC,

                                      : 

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S I R S :

      PLEASE TAKE NOTICE, that Defendant Vivid Entertainment, LLC, hereby moves this Court, before the Honorable Robert W. Sweet, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint herein for failure to state a claim upon which relief can be granted or, alternatively, for an order pursuant to Rule 12(e), for a more definite statement because the Complaint is so vague and ambiguous that Defendant cannot reasonably prepare a response, and for such other and further relief as to the Court may seem just and proper.

Dated:  New York, N.Y.
          July 16, 2015

                                  LAW OFFICE OF JACK HASSID, ESQ.

                                  s/s Jack Hassid
                                  Jack Hassid, Esq.
                                  Attorney for Defendant
                                  460 Park Avenue, 10th Fl.
                                  New York, N.Y. 10022
                                  (212) 421-4932
                                  (212) 421-5086 (fax)
                                  jackhassid@ att.net

TO:

KHEYFITS & MALONEY LLP
Attorneys for Plaintiff
1140 Avenue of the Americas
New York, N.Y. 10036